# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| OSCAR WILLIAMS, | ) | |
| Plaintiff, | ) | 2:12-cv-01913-JCM-NJK |
| vs. | ) | |
| | ) | **ORDER** |
| BRIAN WILLIAMS, *et al.*, | ) | |
| Defendants. | ) | |

Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections, has filed a complaint in state court, which defendants have removed. This Court entered a screening order on April 25, 2013. (ECF No. 12). The screening order imposed a 90-day stay and the Court entered a subsequent order in which the parties were encouraged to engage in informal settlement discussions. (ECF Nos. 12 & 14). At the end of the 90-day stay, counsel for defendants were directed to file a status report. (ECF No. 12).

Defendants have moved to extend the stay and the deadline in which to file a status report. (ECF No. 18). Defendants seek an extension of time, up to and including August 15, 2013, in which to file a status report. Good cause appearing, defendants' motion is granted.

. . . .

. . . .

1     **IT IS THEREFORE ORDERED** that defendants' motion for an extension of the stay and
2 deadline in which to file a status report (ECF No. 18) is **GRANTED.**
3     **IT IS FURTHER ORDERED** that the stay in this action is extended until **August 15, 2013.**
4     **IT IS FURTHER ORDERED** that defendants **SHALL FILE** the status report, in compliance
5 with the screening order, not later than **August 15, 2013.**
6     **IT IS FURTHER ORDERED** that plaintiff's motion for clarification (ECF No. 17) is **DENIED**
7 as moot.
8     Dated this 1st day of August, 2013.

                                                      NANCY J. KOPPE
                                                      UNITED STATES MAGISTRATE JUDGE