# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Oscar Williams, Jr.,<br><br>    Plaintiff,<br><br>v.<br><br>State of Nevada, et al.,<br><br>    Defendants. | Case No. 2:12-cv-1913-JAD-NJK<br><br>**Order Adopting the U.S. Magistrate Judge's Report and Recommendation [Doc. 30]** |

Pending before the Court is U.S. Magistrate Judge Koppe's Report and Recommendation, in which she recommends denying Plaintiff's Motion for Leave to Amend, Doc. 28, after finding that the proposed amendments were futile. Doc. 30. Accordingly, Judge Koppe recommends striking the proposed second amended complaint which had been filed into the record. Doc. 25.

The Report and Recommendation was issued on December 5, 2013, and objections were due on December 20, 2013. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003). *See also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). No objections to Judge Koppe's were filed within the time specified.

1 | Accordingly, based upon the foregoing reasons and with good cause appearing and no reason for delay,

**IT IS HEREBY ORDERED** that the U.S. Magistrate Judge's Findings and Recommendation [Doc. 8] are hereby adopted in their entirety.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave to Amend [Doc. 28] is **DENIED**. Plaintiff's proposed amended complaint [Doc. 25] is **STRICKEN**.

DATED: January 16, 2014.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE