UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| OSCAR WILLIAMS, JR., | ) | |
| | ) | |
| Plaintiffs, | ) | 2:12-cv-01913-JAD-NJK |
| | ) | |
| vs. | ) | |
| | ) | |
| BRIAN WILLIAMS, et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |

Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections, filed a complaint in state court, which Defendants removed on November 8, 2012. Docket No. 1. To date, no scheduling order has been entered. Accordingly, the Court orders the parties to file a notice of the current status of discovery in this case and what deadlines need to be set, no later than October 24, 2014.

IT IS SO ORDERED.

DATED: October 3, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge