# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Oscar Williams, Jr.,

 Plaintiff

v.

Renee Galvan,

 Defendant

2:12-cv-01913-JAD-NJK

**Order Denying Plaintiff's Motions for Sanctions and Clarification;
Order Extending Deadline for Joint Pretrial Order**
[#69, 70]

After motion practice, this case proceeds to trial on pro se plaintiff Oscar Williams's single First Amendment-retaliation claim against Officer Renee Galvan, a correctional officer at the Southern Desert Correctional Center where Williams is an inmate.[1] Williams claims that Galvan caused Williams to lose his job in the prison gym as retaliation for Williams's filing of a grievance against Galvan.

The deadline for dispositive motions has passed, and I ordered the parties to file a joint pretrial order by August 2, 2015.[2] No pretrial order has been filed.

Williams represents that he has made several efforts to comply with my order but has received no cooperation from the Attorney General's office, which represents Galvan.[3] Williams fears that defense counsel is merely stringing him along, and he asks me to impose sanctions for any further non-compliance with the pretrial-order requirement.[4] Defense counsel responds by

---

[1] ECF 64.

[2] ECF 68.

[3] ECF 69, 70.

[4] *Id.*

Page 1 of 2

explaining that he was in a car accident that put him in the hospital for two days.[5] That—plus his recuperation and recent departures of senior deputy attorneys general from his office—has left him unable to meet the court-ordered deadline.[6] Defense counsel asks me to extend the pretrial-order deadline to September 26, 2015.

I am sympathetic to Williams's frustrations with this process, and it appears that he is making a good-faith effort to move his case along. But it does not appear to me that defense counsel is merely stringing him along by these delays. The court finds good cause and excusable neglect to reopen the deadline for the joint pretrial order. Williams's request for the court to impose sanctions is premature and, therefore, I deny it at this time.

Accordingly, plaintiff's Motion Setting Forth Non-Compliance by Defendants of the Court's Order Doc #68 and Motion for Clarification **[ECF 69, 70] are DENIED. The deadline for the joint pretrial order is extended to September 26, 2015.** Defense counsel must reach out to plaintiff and make the first effort to contact plaintiff to complete that task by this extended deadline.

Dated this 8th day of September, 2015

_____
Jennifer A. Dorsey
United States District Judge

---

[5] ECF 71 at 2.

[6] *Id.*