Travis N. Barrick, # 9257
GALLIAN WELKER,
& BECKSTROM, LC
540 E. St. Louis Avenue
Las Vegas, Nevada 89117
Telephone: (702) 892-3500
Facsimile: (702) 386-1946
tbarrick@vegascase.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Oscar Williams, Jr.,<br><br>    Plaintiff,<br><br>    v.<br><br>State of Nevada, et al.,<br><br>    Defendants. | Case No.: 2:12-CV-1913-JAD-NJK<br><br>**APPLICATION FOR LEAVE TO APPEAR FOR THE LIMITED PURPOSE TO PARTICIPATE IN SETTLEMENT DISCUSSIONS** |

      Travis N. Barrick, Esq., of the law firm GALLIAN WELKER & BECKSTROM, LC, hereby submits his Application for Leave to Appear for the Limited Purpose to Participate in settlement discussions on behalf of the plaintiff, Mr. Williams.

      Presently, Mr. Williams is appearing in pro per status and Mr. Barrick is not his counsel of record in the instant matter; although, Mr. Barrick is counsel of record in another matter for Mr. Williams: Williams v. Turner, et al., 2:09-cv-1979-KJD-GWF.

      Mr. Williams has communicated with Mr. Barrick regarding the nature of the pending claims in this matter and his belief that Mr. Barrick's involvement will be of assistance in resolving the matter in the settlement discussions.

      In addition, Mr. Barrick has been granted similar leave in the matter of Lyons v. Cox, 2:14-cv-00046-RFB-NJK.

- 1 -

Mr. Barrick notes that the Defendants will be represented by counsel and, in all fairness, Mr. Williams would likely benefit by Mr. Barrick's limited appearance.

Mr. Barrick requests the Court's leave to appear on behalf of Mr. Williams for settlement discussions only and, in the event that settlement is not obtained, he shall have no other obligations in this matter and shall not be listed as counsel of record should the matter proceed into continued litigation.

DATED this 30th day of September, 2015.

By: ___/s/ Travis N. Barrick____
Travis N. Barrick, # 9257
GALLIAN WELKER
 & BECKSTROM, LC

## **ORDER**

**GOOD CAUSE APPEARING**, it is hereby ordered that

1. Mr. Barrick is granted leave to participate for the limited purpose of settlement discussions only. In the event that settlement is not obtained, he shall have no other obligations in this matter and shall not be listed as counsel of record should the matter proceed into continued litigation.

DATED this 13th day of October, 2015.

By: _____
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that service of the foregoing document was made on the 30th day of September, 2015, by filing in the Court's CM/ECF system and by US Mail, postage prepaid, to the following:

| | |
|---|---|
| Eric N. Tran, Esq.<br>Nevada Office of the Attorney General<br>555 E. Washington Avenue, #3900<br>Las Vegas, NV 89101<br>*Attorneys for Defendants* | |

By: /s/ Travis N. Barrick
      An employee of Gallian Welker
      & Beckstrom, LC