1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Oscar Williams, Jr., | 2:12-cv-01913-JAD-NJK |
| Plaintiff | **Order Nunc Pro Tunc Granting Stipulation to Extend Deadline to File Joint Pretrial Order and Referring Case to the Magistrate Judge for Settlement Conference** |
| v. | |
| Renee Galvan, | |
| Defendant | [ECF 78] |

Due to the recent appointment of Mr. Barrick as Williams's counsel in this matter for settlement purposes only, the parties have stipulated to extend, for a third time, the deadline to file the joint pretrial order from October 28, 2015, to January 26, 2016.[1]  The parties have also stipulated that this matter be referred to a magistrate judge for a formal settlement conference.  In so doing, the parties indicated that they intend to discuss combining any settlement conference ordered in this matter with Williams's other matter that is presently before District Judge Dawson (2:09-cv-1979-KJD-GWF).  Accordingly, and with good cause appearing,

IT IS HEREBY ORDERED that the parties' stipulation to continue the deadline to file the joint pretrial order **[ECF 78] is GRANTED nunc pro tunc**.  The deadline to file the joint pretrial order **is extended to January 26, 2016**.

IT IS FURTHER ORDERED that this matter is **referred to a magistrate judge other than Magistrate Judge Koppe or Magistrate Judge Foley to schedule a settlement conference in approximately 60 days.**

IT IS FURTHER ORDERED that the parties must file by November 25, 2015, a notice in this matter and in Williams's other matter (2:09-cv-1979-KJD-GWF) informing me, Judge Dawson, and the referred-to-for-settlement Magistrate Judge if the settlement conference will be limited to

---

[1] ECF 78.

1   this matter or combined with Williams's other matter (2:09-cv-1979-KJD-GWF).

2          Dated this 4th day of November, 2015.

3

4                                        _____
                                         Jennifer A. Dorsey
5                                        United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28