ADAM PAUL LAXALT
Nevada Attorney General
D. RANDALL GILMER
Deputy Attorney General
Nevada Bar No. 14001C
Office of the Attorney General
Public Safety Division
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
P: (702) 486-3427
F: (702) 486-3773
drgilmer@ag.nv.gov
*Attorneys for Defendants Brian Williams,
Cheryl Burson, Sheryl Foster and Rene Galvan*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| OSCAR WILLIAMS, JR., <br><br> Plaintiff, <br><br> vs. <br><br> STATE OF NEVADA ex rel. BRIAN WILLIAMS, WARDEN; CHERYL BURSON, A.W.P.; SHERYL FOSTER, DEPUTY DIRECTOR OF NEVADA DEPARTMENT OF CORRECTION, RENEE GALVAN, CORRECTIONAL OFFICER, <br><br> Defendants. | CASE NO.:  2:12-cv-1913-JCM-NJK <br><br> **STIPULATION AND ORDER FOR DISMISSAL** |

It is stipulated and agreed, by and between Plaintiff, Oscar Williams, Jr., by and through counsel, Travis N. Barrick, and Defendants Brian Williams, Cheryl Burson, Sheryl Foster, and Rene Galvan (improperly spelled as Renee Galvan), by and through counsel, Adam Paul Laxalt, Nevada Attorney General, and D. Randall Gilmer, Deputy Attorney General,

/ / /

/ / /

/ / /

/ / /

1

that the above-captioned matter be dismissed with prejudice, and that each party will bear their own attorney fees and costs.

DATED February 22, 2016.

GALLIAN WELKER & BECKSTROM, L.C.

/s/ Travis N. Barrick
By: Travis N. Barrick, Esq.
   *Attorney for Plaintiff*

DATED February 22, 2016

ADAM PAUL LAXALT
Nevada Attorney General

/s/ D. Randall Gilmer
By: D. Randall Gilmer
   Deputy Attorney General
   *Attorneys for Defendants*

### ORDER

Based on the parties' stipulation, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to close this case.

Dated: February 22, 2016.

_____
UNITED STATES DISTRICT JUDGE

2